# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KASEY F. HOFFMANN,**

CASE NO: **2:15–CV–01729–MCE–CKD**

v.

**KEVIN JONES,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/12/2015**

**Marianne Matherly**
Clerk of Court

ENTERED:  **November 12, 2015**

by: /s/ L. Reader
Deputy Clerk